## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Western Division

Do Not Pass Go LLC, et al.

                      Plaintiff,

v.                                            Case No.: 3:24−cv−50074

                                                      Honorable Rebecca R. Pallmeyer

City of Rockford

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 6, 2025:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: The parties are engaged in discovery and have not briefed the motions for preliminary injunction and for class certification. Those motions [12, 13] are terminated without prejudice to renewal. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.