**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| DO NOT PASS GO, LLC; et al., | ) | |
| | ) | Case No. 24-CV-50074 |
| Plaintiffs, | ) | |
| | ) | Hon. Judge Rebecca R. Pallmeyer |
| | ) | |
| v. | ) | Magistrate Margarat J. Schneider |
| | ) | |
| CITY OF ROCKFORD, | ) | |
| | ) | |
| Defendant. | ) | JURY TRIAL DEMANDED |

**DEFENDANT'S MOTION FOR
LEAVE TO FILE OVERSIZED BRIEF**

Defendant City of Rockford, by and through their respective undersigned attorneys, move

this Honorable Court for entry of an Order granting the City leave to file a 30-page memorandum

of law in support of its motion for summary judgment.

1.  Plaintiffs bring an equal protection challenge to the constitutionality of an amendment to

the City's Zoning Ordinance that prohibits two or more persons on mandatory supervised release

or any other form of supervision from living at the same address as one another in areas zoned

for single-family or two-family homes. (*See generally* Dkt. 1, Compl.)

2.  After some two-plus years of litigation, the parties are due to cross-move for summary

judgment tomorrow, on May 29, 2026.

3.  Almost three months ago, the Court heard an opposed request from Plaintiffs to

substantially exceed the standard page limits for motion practice in the Northern District, seeking

"memoranda of law up to 60 pages in length, responses of 40 pages, and statement of material

fact containing as many as 140 individual paragraphs." (Dkt. 71, Minute Entry.) Denying this

request, the Court indicated that it did "not expect to allow submissions any longer than the ones

reportedly proposed by Defendant," specifically "30 page memoranda of law [and] 100–paragraph Rule 56.1 statements." (*Id*.)

4. Consistent with this proviso, the City now seeks leave to file a 30-page memorandum of law in support of its motion for summary judgment. It does <u>not</u> seek an enlargement to its statements of fact.

5. This case is particularly notable for the substantial volume of circuit- and Supreme Court-level jurisprudence relevant to rational basis review, equal protection challenges to zoning regulations, and the five distinct rational bases the City advances in defense of the Zoning Ordinance. The City's motion efforts to provide the Court with a comprehensive survey and in-depth analysis of these various founts of caselaw, and the extra page space is necessary to ensure no legal stone is left unturned.

6. Moreover, over the course of discovery, thousands of pages were produced, numerous sets of written discovery were exchanged, and over a dozen witnesses were deposed. The parties also retained a slew of expert witnesses to support their claims and theories regarding real estate, economics, and criminology. The City's motion necessarily weaves this content into its extensive discussion of the law, further justifying the requested enlargement.

7. Accordingly, to effectively detail to this Court the governing principles of law and material facts governed by that law, Defendant City of Rockford respectfully requests that they be provided 30 pages to present their arguments in support of summary judgment.

8. This motion is not brought for the purposes of harassment or undue delay.

9. On May 28, 2026, Plaintiffs' counsel indicated that Plaintiffs do not object to this motion. It is thus filed unopposed.

WHEREFORE, Defendant City of Rockford respectfully request that this Honorable Court enter an order granting it leave to file an enlarged 30-page memorandum in support of its motion for summary judgment.

Dated: May 28, 2026                    Respectfully Submitted,

                                       /s/ Thomas J. Sotos
                                       THOMAS J. SOTOS, Atty No.6327630
                                       *One of the Attorneys for Defendant*

James G. Sotos
Jeffrey R. Kivetz
Thomas J. Sotos
Kylie R. Dodd
Carl M. Johnson
THE SOTOS LAW FIRM, P.C.
141 W. Jackson Blvd. Suite 1240A
Chicago, IL 60604
Tel: (630) 735-3300
tsotos@jsotoslaw.com

3