**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Western Division**

Do Not Pass Go LLC, et al.

      Plaintiff,

v.             Case No.: 3:24–cv–50074
             Honorable Rebecca R. Pallmeyer

City of Rockford

      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 29, 2026:

  MINUTE entry before the Honorable Rebecca R. Pallmeyer: Defendants' motion for leave to file oversized brief [77] is granted. Defendant is granted leave to file an enlarged 30 page memorandum in support of its motion for summary judgment. Defendants' motion for leave to file oversized brief [76] is withdrawn. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.