## IN THE UNITED STATES DISTRICT COURT
## NORTHER DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| DO NOT PASS GO, LLC; NEXT STEP RECOVERY HOMES, INC; KENNETH D. SIMS, and JASON RIDLEY, individually and on behalf of all those similarly situated, | ) ) ) ) ) | |
| | ) | Case No. 3:24-cv-50074 |
| | ) | |
| | ) | Hon. Judge Rebecca R. Pallmeyer |
| PLAINTIFFS, | ) | |
| | ) | Magistrate Margaret J. Schneider |
| vs. | ) | |
| | ) | |
| CITY OF ROCKFORD, ILLINOIS | ) | |
| | ) | |
| DEFENDANT. | ) | |

## DEFENDANT CITY OF ROCKFORD'S MOTION FOR SUMMARY JUDGMENT

Defendant City of Rockford, Illinois, by its undersigned counsel, the Sotos Law Firm, P.C.,

and the City of Rockford Department of Law, for the reasons stated in its supporting

Memorandum of Law, moves the Court to award it summary judgment on the lone claim brought

by Plaintiffs Do Not Pass Go, LLC, Next Step Recovery Homes, Inc., and Jason Ridley.

Dated: May 29, 2026

Respectfully Submitted,

/s/ Thomas J. Sotos
THOMAS J. SOTOS, Atty No. 6327630
*One of the Attorneys for Defendant City of Rockford*

James G. Sotos
Jeffrey R. Kivetz
Thomas J. Sotos
Carl M. Johnson
Kylie R. Dodd
THE SOTOS LAW FIRM, P.C.
141 W. Jackson Blvd., Suite 1240A
Chicago, IL 60604
Tel: (630) 735-3300
tsotos@jsotoslaw.com