*Do Not Pass Go, LLC, et al. v. City of Rockford*
Case No. 3:24-cv-50074

# EXHIBIT A

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Juan Hernandez, et al.

                        Plaintiff,

v.                                                          Case No.: 1:23–cv–01737
                                                            Honorable Jeremy C. Daniel

Reynaldo Guevara, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 18, 2026:

    MINUTE entry before the Honorable Jeremy C. Daniel: Motion hearing held. The defendants' motion to strike [340] is granted. The plaintiffs filed a consolidated response to the defendants' respective motions for summary judgment. The consolidated response exceeds 120 pages. The Court allows 30 pages per motion for summary judgment. While the plaintiffs' math seems simple and straightforward, 4 motions times 30 pages equals 120 pages, the effects of that math are not straightforward. It places an unfair burden on each defendant as it puts the defendants in a position to respond to more than 30 pages. It offers no efficiency for the Court for the same reason. The plaintiffs have until May 22, 2026, to file responses that comply with this Court's 30–page limitation by filing a response specific to each motion. The defendants' replies are now due June 12, 2026. The defendants also take issue with the plaintiffs' liberal use of footnotes. The Court reminds the parties that substantive arguments do not belong in footnotes. The Court notes that the plaintiffs filed a written response but failed to appear at the motion hearing. Any additional arguments that the plaintiffs may have made at the motion hearing are waived. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.