## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Western Division

Do Not Pass Go LLC, et al.

                        Plaintiff,

v.                                         Case No.: 3:24–cv–50074
                                         Honorable Rebecca R. Pallmeyer

City of Rockford

                        Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 1, 2026:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Motion to strike [85] is granted. Plaintiffs have filed a substantially oversize motion [82] and a statement of facts that greatly exceeds the presumptive cap [83], all without leave of court. Plaintiffs were on notice that the court is not inclined to consider such lengthy submissions. The filings are therefore stricken without prejudice to the filing, within 7 days, of materials of length consistent with this court's earlier order [71]––that is, 30 pages and 100 paragraphs. Response date is extended to 28 days after the filing of the revised materials; reply will be due 14 days thereafter. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.