**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| DO NOT PASS GO, LLC et al., | ) | |
| | ) | Case No. 24-CV-50074 |
| Plaintiffs, | ) | |
| | ) | Hon. Judge Rebecca R. Pallmeyer |
| v. | ) | Magistrate Margaret J. Schneider |
| | ) | |
| CITY OF ROCKFORD, | ) | |
| | ) | |
| Defendant. | ) | JURY TRIAL DEMANDED |

**JOINT MOTION TO MODIFY THE SUMMARY JUDGMENT SCHEDULE**

Defendant City of Rockford and Plaintiffs Do Not Pass Go, Next Step Recovery Homes, and Jason Ridley, by their undersigned counsel, hereby move the Court to modify two aspects of the summary judgment schedule, stemming from the Court's June 1, 2026 Minute Entry. For the reasons stated below, the parties request (1) 30-page summary judgment response briefs due July 10, 2026, and (2) 15-page summary judgment reply briefs due August 7, 2026.

On June 1, the Court ordered Plaintiffs to refile their summary submissions within 7 days of the Court's Order. (Dkt. 88, Minute Entry.) Relevant here, the Court then stated: "Response date is extended to 28 days after the filing of the revised materials; reply will be due 14 days thereafter." (*Id*.) Plaintiffs refiled yesterday, on June 8, such that the City's new response date is set for July 6, and any potential reply from Plaintiffs would be due July 20.

However, because the parties filed cross-motions for summary judgment, there previously had been no schedule set for reply briefs. In addition, because the City's summary judgment filings were filed on May 29, the parties currently have different response dates from one another (Plaintiffs' is June 26; the City's is July 6). The parties, having conferred about these misalignments, now propose the following modification to the summary judgment schedule:

1. **<u>Both parties' responses due July 10, 2026, limited to a maximum of 30 pages</u>**. This will alleviate the burden on the City of having to prepare a filing over the Fourth of July holiday, introduce only a slight extension into the schedule (an extra 5 days for the City, an extra 14 days for Plaintiffs), and bring the parties' filing dates into alignment to convenience the Court.

2. **<u>Both parties' replies due August 7, 2026, limited to a maximum of 15 pages</u>**. Each party anticipates the possibility of seeking leave to file a reply brief in support of their respective cross-motion for summary judgment. Rather than burden the Court with such motions down the line, the parties agree that modifying the schedule now to accommodate these potential filings is the more expedient course.

## CONCLUSION

WHEREFORE, the parties respectfully request that the Court grant this Joint Motion for Clarification and revise the summary judgment briefing schedule accordingly.

Dated: June 9, 2026

Respectfully submitted,

/s/ Adele D. Nicholas
*Counsel for Plaintiffs*

/s/ Thomas J. Sotos
*Counsel for Defendant*

Law Office of Adele D. Nicholas
5707 W. Goodman Street
Chicago, Illinois 60630
(847) 361-3869
adele@civilrightschicago.com

Jeffrey R. Kivetz
Thomas J. Sotos
Carl M. Johnson
Kylie R. Dodd
**THE SOTOS LAW FIRM, P.C.**
141 W. Jackson Blvd. Suite 1240A
Chicago, IL 60604
(630) 735-3300
jkivetz@jsotoslaw.com

Matthew D. Flores
City of Rockford Department of Law
425 E. State Street
Rockford, IL 61104
 (779) 348-7154
Matthew.Flores@rockfordil.gov