# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Western Division

Do Not Pass Go LLC, et al.

                        Plaintiff,

v.

City of Rockford

                        Defendant.

                              Case No.: 3:24–cv–50074
                              Honorable Rebecca R. Pallmeyer

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 10, 2026:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Motion [91] is granted as follows: Both parties' responses will be due July 10, 2026, limited to 30 pages in length; replies, limited to 15 pages, will be due on August 7, 2026. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.